# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR111 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **BRANDON J. COLE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Brandon J. Cole (Cole) to modify his conditions of release (Filing No. 18). Cole was released on conditions following his appearance before a U.S. Magistrate Judge in the Northen District of Iowa (Filing No. 13). After Cole's appearance in this district, the terms and conditions were continued. Among the conditions were home detention and electronic monitoring. Cole seeks a curfew under electronic monitoring in place of home detention. After consulting with Cole's supervising Pretrial Services officer, the court grants Cole's request. Cole will comply with the conditions of his release; however, the home detention provision is modified to a curfew where Cole will be in residence from 2100 hours to 0600 hours on a daily basis. Electronic monitoring shall continue. Cole shall keep his supervising officers apprised of his whereabouts when not in residence as directed by his supervising officer. The motion (Filing No. 18) is granted to the extent set forth above.

**IT IS SO ORDERED.**

DATED this 4th day of June, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge